UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMARI NELSON,

        Petitioner,

   v.

Case No. 14-cv-02406-JD

**ORDER OF DISMISSAL**

Re: Dkt. No. 2

This case was initiated when petitioner wrote a letter to the court regarding his conviction. In an effort to protect his rights, it was filed as a new case. Petitioner was informed that he had not filed a petition and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Petitioner has not filed a petition or IFP application. He has submitted a letter stating that he has multiple cases pending and needs more time in the law library to prepare this petition and requests an extension of the statute of limitations. This Court cannot extend the statute of limitations or keep this case open indefinitely until petitioner is able to file the petition. Once petitioner files a petition he may present arguments for tolling if the petition is determined to be late. This case is **DISMISSED** without prejudice and petitioner may file a new case once his petition is ready. No fee is due. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: July 9, 2014

_____
JAMES DONATO
United States District Judge

14-cv-02406-JD-_dis